# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

PAUL McCARTNEY, et al.,              :

     Plaintiffs,                   :  Case No. 3:11CV394

  -vs-                               :  Judge Timothy S. Black
                                                         Magistrate Judge Sharon L. Ovington

N AND D RESTAURANTS, INC.,           :

     Defendant.                    :

## ORDER OF REFERENCE

The above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington solely for the purpose of conducting the mediation. The appointed Mediator shall have full authority to conduct the mediation and shall report to Judge Timothy S. Black whether or not it has resulted in settlement of this case.

July 11, 2012                                                                    s/Sharon L. Ovington
                                                                                                    Sharon L. Ovington
                                                                            United States Magistrate Judge
                                                                                 and ADR Coordinator